**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-4479**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JEFFREY W. JOHNSTON,

Defendant - Appellant,

versus

ANNUITY BOARD OF THE SOUTHERN BAPTIST
CONVENTION; MARSH @ WORKSOLUTIONS; FARMERS NEW
WORLD LIFE INSURANCE COMPANY,

Parties in Interest.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Cameron McGowan Currie, District
Judge.  (CR-01-132)

---

Submitted:  February 18, 2005          Decided:  March 16, 2005

---

Before MICHAEL, MOTZ, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

James H. Babb, HOWLE & BABB, L.L.P., Sumter, South Carolina, for
Appellant.   J. Strom Thurmond, Jr., United States Attorney,

Christie Newman, Susan Z. Hitt, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jeffrey W. Johnston appeals from the district court's garnishment disposition order granting the Government's writs of continuing garnishment and denying Johnston's motion to quash writs, and from the subsequent denial of his motion to reconsider, alter, and amend the garnishment disposition order. We find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Johnston, No. CR-01-132 (D.S.C. May 3 & June 10, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED